THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* STANLEY BROWN, Defendant-Appellant.

(No. 57342; ▮▮▮▮▮▮▮▮▮▮

First District (4th Division)—February 21, 1973.

Opinion by Mr. JUSTICE DIERINGER.

James J. Doherty, Public Defender, of Chicago, (Stanley Sacks and Thaddeus L. Kowalski, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Patricia Bobb, Assistant State's Attorneys, of counsel,) for the People.